UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamea Broussard, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Dole Packaged Foods, LLC, <br><br> Defendant(s). | Case No. 4:23-cv-03320-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Tyler A. Young, an active member in good standing of the bar of Minnesota and Massachsuetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Dole Packaged Foods, LLC in the above-entitled action. My local co-counsel in this case is Tarifa B. Laddon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 240419.

| | |
|---|---|
| 2200 Wells Fargo Center, 90 S. 7th St., Unit 2200, Minneapolis, MN 55402 | 1800 Century Park East, Suite 1500, Los Angeles, CA 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (612) 766-7000 | (310) 203-4000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| tyler.young@faegredrinker.com | tarifa.laddon@faegredrinker.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0395017 (MN) / 676336 (MA).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2023                                          /s/ Tyler A. Young
                                                                              APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tyler A. Young is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  7/28/2023

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

TYLER ADAM YOUNG

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 15, 2013

Given under my hand and seal of this court on

March 02, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration

**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

June 20, 2023

Attorney Tyler Adam Young
Tyler Young
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis , MN  55402
tyler.young@faegredrinker.com

**IN RE:**     **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Tyler Adam Young .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Maura S. Doyle*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/nmp
Clearance:  06.20.2023 and Data File_06.16.17.18.19.2023
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **January 20, 2010**, said Court being the highest Court of Record in said Commonwealth:

## Tyler Adam Young

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twentieth** day of **June** in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.