**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAMEA BROUSSARD and MICHAEL SCHIRANO, on behalf of themselves, all others similarly situated, and the general public,<br><br>  Plaintiffs,<br><br>v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>  Defendant. | Case No: 4:23-cv-3320-HSG<br><br>**ORDER EXTENDING THE PARTIES' REMAINING DEADLINES RELATED TO DOLE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

    The Court, having considered the parties' Stipulated Request for Order Extending the Parties' Remaining Deadlines Related to Dole's Motion to Dismiss the First Amended Complaint, hereby orders Plaintiffs' deadline to respond to Dole's Motion to Dismiss the First Amended Complaint is extended from June 11, 2024, to June 25, 2024, and Dole's deadline to file its reply is extended from June 18, 2024 to July 12, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   6/6/2024

/s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge