UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAMEA BROUSSARD, et al.,

             Plaintiffs,

     v.

DOLE PACKAGED FOODS, LLC,

             Defendant.

Case No.  23-cv-03320-HSG

**CLERK'S JUDGMENT**

Re: Dkt. No. 59

     Judgment is hereby entered consistent with the Court's Order Granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint,

     This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

     Dated at Oakland, California, this 17th day of March, 2025.

Mark B. Busby
Clerk of Court

By: _____

Edwin Cuenco
Covering Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.